AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

RECEIVED
U.S. MARSHAL
CONCORD, NH

2015 DEC 18 PM 4 35

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 15-mj-175-01-AJ |
| JOEL A. TETTEH | ) |
| | ) |
| Defendant | ) |

2015 DEC 21 P 2:
U.S. DISTRICT COURT
DISTRICT OF NH
FILED

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JOEL A. TETTEH
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment   ❐ Superseding Indictment   ❐ Information   ❐ Superseding Information   ☑ Complaint
❐ Probation Violation Petition   ❐ Supervised Release Violation Petition   ❐ Violation Notice   ❐ Order of the Court

This offense is briefly described as follows:

Providing False Information to a Firearms Dealer; Conspiracy to Smuggle Goods from the United States

Date: 12/18/2015

*Issuing officer's signature*
Andrea K. Johnstone
U.S. Magistrate Judge
*Printed name and title*

City and state:   Concord, New Hampshire

### Return

This warrant was received on *(date)* 12-18-15, and the person was arrested on *(date)* 12-21-15
at *(city and state)* Worcester, MA.

Date: 12-21-15

*Arresting officer's signature*
John Cook   ATF
*Printed name and title*