UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. NO. 15-MJ-000175-AJ |
| ) | |
| JOEL TETTEH ) | |
| ) | |

**COUNSEL'S MOTION TO WITHDRAW AND APPOINT NEW COUNSEL**

Counsel for the defendant requests that this Court issue an Order permitting him to withdraw, and further appointing new counsel as soon as possible. Grounds follow:

Undersigned counsel was appointed to represent the defendant on December 22, 2015.

On December 29, 2015 counsel met with the defendant and learned that he will no longer be able to represent the defendant because of a conflict of interest. Counsel therefore requests that the court permit him to withdraw as counsel of record and appoint new counsel as soon as possible.

Counsel has not sought concurrence because of the nature of the relief requested.

No memorandum of law is necessary for the resolution of the issues raised herein.

WHEREFORE counsel for the defendant requests that this Court issue an Order permitting him to withdraw, and further appointing new counsel as soon as possible.

                Respectfully submitted,
                Joel Tetteh
                By His Attorney,

Date: January 5, 2016 /s/ Jonathan R. Saxe
Jonathan R.Saxe
N.H. Bar No. 8226
Assistant Federal Defender
Federal Defender Office
22 Bridge Street
Concord, NH 03301
Tel. (603) 226-7360
E-mail: jonathan_saxe@fd.org

**CERTIFICATE OF SERVICE**

      I hereby certify that the above document was served to all counsel of record on January 5, 2016 and in the manner specified herein: by ECF.

/s/ Jonathan R. Saxe
Jonathan R. Saxe
N.H. Bar No. 8226
Assistant Federal Defender
Federal Defender Office
22 Bridge Street
Concord, NH 03301
Tel. (603) 226-7360
E-mail: jonathan_saxe@fd.org