USDCNH-96 (Rev. 7/14) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:15-mj-00175-AJ |
| JOEL A. TETTEH | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOEL A. TETTEH

Date:   01/08/2016

*Attorney's signature*

Paul J. Garrity  # 905
*Printed name and bar number*

14 Londonderry Road
Londonderry, NH 03053

*Address*

garritylaw@myfairpoint.net
*E-mail address*

(603) 434-4106
*Telephone number*

(603) 437-6472
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served:

1/8/16
Date

_____
Signature