UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.                                                          DOCKET NO. 15-mj-00175-AJ-1

JOEL A. TETTEH

MOTION FOR DETENTION HEARING

NOW COMES the accused, Joel Tetteh, by and through counsel, Paul J. Garrity, and hereby moves this Court to schedule a Detention Hearing.

In support of this Motion, the accused states as follows:

1. The accused stands charged with Providing False Information to a Firearms Dealer and Conspiracy to Smuggle Goods from the United States.

2. The accused, at his initial appearance, stipulated to detention, without prejudice.

3. The accused is requesting to schedule a detention hearing.

4. The Government does not object to scheduling a Detention Hearing but the Government does object to the accused's release.

WHEREFORE, the accused respectfully requests that this Court grant his Motion and schedule a Detention Hearing.

                                              Respectfully submitted
                                              Stephan Peno,
                                              By his Attorney,

Date:   February 11, 2016                /s/ Paul J. Garrity
                                              Paul J. Garrity
                                              Bar No. 905
                                              14 Londonderry Road
                                              Londonderry, NH 03053
                                              603-434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 11th day of February, 2016, a copy of the within Motion was mailed to Assistant US Attorney John Farley, US Attorney's office of NH, and to Joel Tetteh.

/s/ Paul J. Garrity
Paul J. Garrity