UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                              Cr. No. 16-

Joel A. Tetteh

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled cause on the 24th day of February, 2016.

This 24th day of February, 2016.

EMILY GRAY RICE
United States Attorney


/s/ John J. Farley
John J. Farley
Assistant U.S. Attorney


WARRANT ISSUED: _____