AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

RECEIVED
U.S. MARSHAL
CONCORD, N.H.
2016 FEB 25  AM 10 59

| | |
|---|---|
| United States of America<br>v.<br><br>JOEL A. TETTEH<br><br>*Defendant* | ) ) ) Case No. 16-cr-34-01-JL<br>) )<br>) )<br>) ) |

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2016 MAR -9  AM 11: 32

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JOEL A. TETTEH ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Making a Material False Statement During the Acquisition of a Firearm; Making a False Statement During the Purchase of a Firearm; Smuggling Goods from the United States

Date: 2/25/2016

*Issuing officer's signature*

Kathy DuPont, Deputy Clerk
*Printed name and title*

City and state:   Concord, New Hampshire

---

**Return**

This warrant was received on *(date)* 2/25/16 , and the person was arrested on *(date)* 3/9/16
at *(city and state)* Concord, NH .

Date: 3/9/16

*Arresting officer's signature*

C1/DUSM  JOSEPH VETANZE
*Printed name and title*