UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                Criminal No. 16-cr-34-01-JL

Joel A. Tetteh

## O R D E R

Within seven days from the date of this order, counsel shall jointly file a stipulation setting forth the applicable periods of (a) elapsed time and (b) excludable time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq:

- as of the final date of any currently pending period of excludable delay (if applicable);
- if possible, as of the currently scheduled trial date.

If the parties are in disagreement as to any of these periods of elapsed time or excludable delay, the joint filing shall present their respective positions in parallel columns.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: April 15, 2016

cc:  Paul J. Garrity, Esq.
     John J. Farley, AUSA