UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.                                                                                                          DOCKET NO. 16-CR-00034

JOEL A. TETTEH

### ASSENTED TO MOTION TO CONTINUE FINAL PRE-TRIAL AND TRIAL

NOW COMES the accused, Joel Tetteh, by and through counsel, Paul J. Garrity, and hereby moves this Court to continue his June 30, 2016 Final Pre-Trial and his July 6, 2016 Trial for an additional 60 days.

In support of this motion the accused states as follows:

1. The accused is scheduled for a Final Pre-Trial on June 30, 2016 at 3:00 p.m. and is scheduled or his Trial on July 6, 2016 at 9:30 a.m. in this Court;

2. However, the undersigned counsel would like additional time to prepare for this Trial and attempt to resolve the case short of trial.

3. The undersigned counsel has a heavy trial court scheduled including, but not limited to, three murder cases. One of the murder cases, State v. K. Marin, is scheduled for Trial in Hillsborough County Superior Court Southern District starting the week of August 15, 2016. The trial is expected to last two weeks. In preparation for Ms. Marin's trial the undersigned counsel is going to be deposing the State's medical examiner. This deposition, given the medical examiner's schedule, is presently scheduled for the afternoon of June 30, 2016.

4. The undersigned counsel is also scheduled on July 6, 2016, the accused's trial date, to be in the Nashua District Court in the morning on State v. V. Moceri and

      State v. N. Rambeau. The undersigned counsel is also scheduled to be in the Rockingham County Superior Court that same morning for State v. G. Gagnon and in the afternoon at Candia District Court for State v. A. Hovanec.

5.    Additionally, the undersigned counsel would like to inform the Court that he is scheduled for an out of state vacation July 23, 2016 through August 7, 2016.

6.    That the Assistant US Attorney, John Farley, has been contacted and assents to this Motion to Continue.

WHEREFORE, the accused respectfully requests that this Court grant this Motion and continue his Final Pre-Trial and Trial for an additional 60 days.

                                             Respectfully submitted
                                             Joel Tetteh,
                                             By his Attorney,

Date:   June 21, 2016                        /s/ Paul J. Garrity
                                             Paul J. Garrity
                                             Bar No. 905
                                             14 Londonderry Road
                                             Londonderry, NH 03053
                                             603-434-4106

**CERTIFICATE OF SERVICE**

I, Paul J. Garrity, herein certify that on this 21st day of June, 2016, a copy of the within Motion was e-filed for Assistant US Attorney John Farley, US Attorney's Office of NH, and mailed, postage pre-paid, to Joel Tetteh.

                                             /s/ Paul J. Garrity
                                             Paul J. Garrity