UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.  ) | No. 1:16-cr-34-JL |
| ) | |
| JOEL TETTEH,  ) | |
| ) | |
| Defendant.  ) | |

## JOINT STIPULATION REGARDING THE SPEEDY TRIAL ACT

Pursuant to the Court's Order of June 24, 2016, the United States and the defendant, through their respective counsel, hereby stipulate and agree as follows.

The defendant was originally arrested pursuant to a criminal complaint and the defendant first appeared in Court on December 21, 2015.   The indictment in this case was returned on February 24, 2016.   Thus, the Speedy Trial clock began to run on that date.   *See* 18 U.S.C. § 3161(c)(1).   The period from February 25, 2016, through April 12, 2016, is not excludable under the Speedy Trial Act.

On April 12, 2016, the defendant filed an assented-to motion to continue the trial date. The Court granted the motion in the interests of justice on April 15, 2016, and continued the trial to July 6, 2016.   The period from the filing of the motion until its resolution is excludable under the Speedy Trial Act.   *See* 18 U.S.C. § 3161(h)(1)(D).   The period from April 12, 2016, through July 6, 2016, is excludable under the Speedy Trial Act.   *See* 18 U.S.C. § 3161(h)((7)(A).

On or about June 21, 2016, the defendant filed an assented-to motion to continue the trial date.   The Court granted the motion in the interests of justice on June 24, 2016, and continued the trial to September 7, 2016.   The period from the filing of the motion until its resolution is excludable under the Speedy Trial Act.   *See* 18 U.S.C. § 3161(h)(1)(D).   The period from June

24, 2016, through September 7, 2016, is excludable under the Speedy Trial Act.  *See* 18 U.S.C. § 3161(h)((7)(A).

The parties stipulate that on the trial date of September 7, 2016, a total of approximately 197 days will have elapsed since the defendant's indictment.   However, the parties stipulate that 149 of those days constitute excludable delay under the Speedy Trial Act and that only 48 days are not excludable under the Speedy Trial Act.

        Respectfully submitted,

        EMILY GRAY RICE
        United States Attorney

July 1, 2016        By:    /s/ John J. Farley
        John J. Farley
        Assistant U.S. Attorney
        NH Bar No. 16934
        53 Pleasant Street
        Concord, NH   03301
        (603) 225-1552
        John.Farley@usdoj.gov

        JOEL TETTEH

        /s/ Paul Garrity
        Paul Garrity
        Counsel for Defendant Joel Tetteh

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing document was served via ECF upon counsel for the defendant.

July 1, 2016        By: /s/ John J. Farley
        John J. Farley
        Assistant U.S. Attorney