UNITED STATE DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.                              DOCKET NO. 16-CR-00034

JOEL A. TETTEH

## WAIVER OF SPEEDY TRIAL

I, <u>Joel A. Tetteh</u>, waive my right to a speedy trial with respect to the above captioned case. I understand that under the U.S. Constitution I possess the right to require that my trial be commenced with reasonable dispatch and not be unreasonably delayed from the time of my arrest if the date of the alleged offenses.

I understand that I am in no way obligated to sign this waiver. Further, I am executing this waiver of my right to a speedy trial knowingly, intelligently and voluntarily.

Date: 7/22/16

_____
Defendant